UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                         **ORDER**

          -against-                                                  15 CR 288 (RMB)
                                                                       15 CR 687 (RMB)

OMAR SHARPE,

                            Defendant.
-----------------------------------------------------------X

       The Mandate issued in this case on July 20, 2021, states, among other things, "[t]he substance abuse treatment condition imposed on Sharpe is an impermissible delegation of the district court's sentencing authority. We therefore vacate this aspect of Sharpe's sentence and remand for resentencing in this respect only."

       Counsel shall make written submissions to the Court by April 14, 2022 as to whether the Court should include substance abuse treatment language in this case as a special condition of supervised release and what that language should include.

Dated: New York, New York
           April 12, 2022

                                                         */s/ RMB*
                                                 **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/22